<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELEANOR and RALPH SCHIANO, as wife and husband, and individually,<br><br>Plaintiffs,<br><br>v.<br><br>MBNA, corporation; WOLPOFF & ABRAMSON, LLP; PRESSLER & PRESSLER, Counsellors at Law; GERALD FELT, Esq., partner PRESSLER & PRESSLER; NATIONAL ARBITRATION FORUM,<br><br>Defendants. | Civil Action No.: 05-CV-1771 (JLL)<br><br><br><br>**ORDER ADOPTING**<br>**NOVEMBER 16, 2005**<br>**REPORT AND RECOMMENDATION** |

This Court had referred Defendant National Arbitration Forum's ("NAF") motion to dismiss Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim [#19] to the Honorable Ronald J. Hedges, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Hedges filed a Report and Recommendation on NAF's motion on November 16, 2005. Having reviewed *de novo* the Report and Recommendation of November 16, 2005, and having considered Plaintiffs' objections to the Report, this Court adopts Magistrate Judge Hedges November 16, 2005 Report and Recommendation as the Opinion of this Court and dismisses Plaintiffs' Amended Complaint against Defendant NAF.

**IT IS** on this 19th day of December, 2005,

**ORDERED** that the Report and Recommendation of Magistrate Judge Hedges filed

November 16, 2005, Defendant NAF's motion to dismiss [CM/ECF Docket Entry # 19] be granted, is hereby ADOPTED as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Defendant NAF is hereby dismissed from this case.

DATED: December 19, 2005

/s/ Jose L. Linares
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE