**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELEANOR AND RALPH SCHIANO,<br><br>Plaintiffs,<br><br>v.<br><br>MBNA, et al.,<br><br>Defendants. | Civil Action No. 05-1771 (JLL)<br><br>**ORDER ADOPTING AUGUST 14, 2012 REPORT AND RECOMMENDATION** |

**LINARES,** District Judge.

This matter comes before the Court on Defendant Pressler & Pressler, LLP ("Pressler")'s motion to compel arbitration. (CM/ECF No. 312.) On August 14, 2012, U.S. Magistrate Judge Michael A. Hammer issued a Report and Recommendation suggesting that this Court grant Pressler's motion. (CM/ECF No. 339.) On August 23, 2012, Plaintiffs filed a Statement of Qualified Objection to Magistrate Judge Hammer's Report and Recommendation. (CM/ECF No. 342.) In it, Plaintiffs noted their "objection for the record," but agreed to proceed with "the Court's arbitration order." (*Id.* at 2.) Additionally, Plaintiffs neither specifically identified any portion of the Report and Recommendation to which they objected, nor did they provide any legal basis for their qualified objection. *See* Local Civ. R. 72.1(c)(2) (noting that a party objecting to a magistrate judge's findings, recommendations, or report "shall specifically identify the [objectionable] portions," and provide "the basis" for objecting). Instead, Plaintiffs have requested that this Court (1) order Bank of America Corp. to cooperate with Plaintiffs' discovery requests in the arbitration; (2) make a determination as to which party should advance arbitration

1

fees; and (3) refrain from allowing Pressler to make claims against them before the arbitration panel.

Having reviewed the Report and Recommendation, and for good cause shown,

**IT IS** on this ___17__ day of September, 2012

**ORDERED** that this Court hereby ADOPTS Magistrate Judge Hammer's August 14, 2012 Report and Recommendation as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that the issue of arbitration fees shall be raised before, and decided by the arbitration panel; and it is further

**ORDERED** that all discovery matters pertaining to Bank of America Corp. shall be referred to Magistrate Judge Hammer; and it is further

**ORDERED** that matters concerning which claims the parties may bring before the arbitration panel are to be raised before said panel.

**SO ORDERED.**

JOSE L. LINARES
U.S. DISTRICT JUDGE

2